HARRY G. RUNKLE and Another, Respondents, v. W. MAYNARD LEVY, JR., Appellant, Impleaded with Another, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion for continuance of injunction *pendente*

*lite* denied, with ten dollars costs, upon the ground that the plaintiffs have failed to show a clear right thereto. Motion to vacate injunction entertained upon the consent of the parties, and granted with ten dollars costs. All concur; H. T. Kellogg, J., not sitting.